**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05 C 4593 |
| | ) | Judge Holderman |
| THE VALVE SERVICES GROUP, INC. d/b/a ALLIED VALVE INDUSTRIES, INC., and ALLIED VALVE, INC., | ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Allied Valve, Inc. ("Allied Valve"), constituting all of the parties who have appeared in this action, hereby stipulate to the voluntary dismissal of this action, with prejudice and without attorney fees or costs, pursuant to Rule 42(a)(1) of the Federal Rules of Civil Procedure.

Defendant Valve Services Group, Inc., has not appeared in this action.

The undersigned parties respectfully request that the Court, or the Clerk of Court, pursuant to Local Rule 77.3(2), enter an order of discontinuance as to all claims.

March 21, 2006                                          Respectfully Submitted,


_s/ Justin Mulaire_____                    _s/ S. Leigh Jeter_____
Justin Mulaire                                              S. Leigh Jeter
Trial Attorney                                              Attorney to Allied Valve, Inc.
U.S. Equal Employment Opportunity Commission    Seyfarth Shaw LLP
500 West Madison St., Room 2800                  55 East Monroe Street, Suite 4200
Chicago, IL  60661                                       Chicago, IL  60603
312-353-7722                                              312-346-8000